**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Juan SANABRIA–PEREZ, aka Maximino Hernandez–Vega, Defendant–Appellant.**

No. 08–10520.

United States Court of Appeals, Ninth Circuit.

Submitted March 16, 2010.[*]

Filed April 1, 2010.

John Robert Lopez, USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Adrian Paulino Fontes, The Law Offices of Adrian P. Fontes, Phoenix, AZ, for Defendant–Appellant.

Juan Sanabria–Perez, Jesup, GA, pro se.

Before: SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

MEMORANDUM [**]

Juan Sanabria–Perez appeals from his guilty-plea conviction and 65–month sentence for re-entry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Sanabria–Perez's counsel has filed a brief stating

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

Juan Tapia–Quintero appeals from his guilty-plea conviction and aggregate 230–month sentence for conspiracy to possess with intent to distribute 500 grams or more of methamphetamine and five kilograms or more of cocaine, in violation of 21 U.S.C. § 846, conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h), and possession or use of a firearm during and in relation to a drug trafficking offense, in violation of 18 U.S.C. § 924(c)(1). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Tapia–Quintero's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.